IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TROVER GROUP, INC., and § <br> THE SECURITY CENTER, INC., § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> VICON INDUSTRIES, INC., § <br> § <br> *Defendant.* § | CIVIL ACTION NO. 2:14-cv-872 <br> JURY DEMAND |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Trover Group, Inc. and The Security Center, Inc. (collectively "Plaintiffs") and Defendant Vicon Industries, Inc. ("Vicon" or "Defendant") file this Joint Stipulation of Dismissal with Prejudice.

Plaintiffs hereby dismiss all claims against Defendant with prejudice.

Each party is to bear its own costs.

Date: December 2, 2014

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Trover Group, Inc. and<br>The Security Center, Inc. | Vicon Industries, Inc. |
| By Their Attorneys, | By Its Attorneys, |

/s/ *Steven N. Williams*  
Steven N. Williams  
swilliams@mcdolewilliams.com  
Texas State Bar No. 21577625  
Kenneth P. Kula  
kkula@mcdolewilliams.com  
Texas State Bar No. 24004749  
William Zac Duffy  
zduffy@mcdolewilliams.com  
Texas State Bar No. 24059697  
**McDOLE WILLIAMS**  
**A PROFESSIONAL CORPORATION**  
1700 Pacific Avenue, Suite 2750  
Dallas, Texas 75201  
(214) 979-1122 - Telephone  
(214) 979-1123 - Facsimile

/s/ *Jeff E. Schwartz*  
*By Steven N. Williams With Consent*  
Jeff E. Schwartz  
jeschwartz@foxrothschild.com  
Texas State Bar No. 00788371  
**FOX ROTHSCHILD LLP**  
1030 15th Street, NW  
Suite 380 East  
Washington, DC 20005  
(202) 696-1470 - Telephone

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served via the Court's CM/ECF system on December 2, 2014 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

/s/ *Diane Page*  
Diane Page